Ronald Gene SIMMONS *v.* STATE of Arkansas

CR 89-45                                           766 S.W.2d 423

Supreme Court of Arkansas
Opinion delivered March 13, 1989

*Allen & O'Hern*, by: *Arthur L. Allen*, for petitioner.

No response.

PER CURIAM. Petitioner has failed to show that he has standing to intervene in this cause. *Franz* v. *State*, 296 Ark. 181, 754 S.W.2d 839 (1988).